| PROB 22 (Rev. 2/88) | U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON | DOCKET NUMBER (Tran. Court) 2:00CR02157-001 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | JUN 21 2007 JAMES R. LARSEN, CLERK DEPUTY | DOCKET NUMBER (Rec. Court) 07-PT-351-TFH |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jaime Acebedo-Perez | DISTRICT YAKIMA, WASHINGTON EASTERN DISTRICT OF WASHINGTON | DIVISION Yakima |
|---|---|---|
| | NAME OF SENTENCING JUDGE The Honorable Wm. Fremming Nielsen | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 7/15/05 | TO 7/14/08 |

OFFENSE

Alien in United States After Deportation in violation of 8 U.S.C. § 1326

FILED
JUN 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "EASTERN DISTRICT OF WASHINGTON"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the District of Columbia upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

9/18/06
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By _____ Deputy Clerk

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Washington, DC

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

13 November 2006
Effective Date

_____
United States District Judge

CLOSED, LC02, LOCATION-CUSTODY

# Eastern District of Washington
## U.S. District Court (Spokane)
### CRIMINAL DOCKET FOR CASE #: 2:00-cr-02157-WFN All Defendants

Case title: USA v. Acebedo-Perez  
Magistrate judge case number: 2:00-mj-04264

Date Filed: 10/17/2000  
Date Terminated: 01/17/2001

Assigned to: Senior Judge Wm. Fremming Nielsen

Appeals court case number: 01-30038

**Defendant**

**Jaime Acebedo-Perez (1)**  
*TERMINATED: 01/17/2001*

represented by **Christina A Gerrish**  
Short Cressman & Burgess PLLC  
999 Third Avenue  
Suite 3000  
Seattle, WA 98104  
206-682-3333  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**  
8:1326 ALIEN IN UNITED STATES AFTER DEPORTATION  
(1)

**Disposition**  
Impr 63 months w/credit for time served; Supervised Release 3 yrs; Fine waived; S.A. $100.00;

**Highest Offense Level (Opening)**  
Felony

**Terminated Counts**  
None

**Disposition**

**Highest Offense Level (Terminated)**  
None

**Complaints**  
None

**Disposition**

ATTEST A TRUE COPY
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By
    Deputy Clerk

**Plaintiff**
USA                                                                          represented by **Jane M Kirk**
U S Attorney's Office - YAK
402 E Yakima Avenue
Suite 210
Yakima, WA 98901-2760
509-454-4425
Fax: 15094544435
Email: USAWAE.JKirkECF@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/05/2000 | 1 | COMPLAINT filed against defendant Jaime Acebedo-Perez by Magistrate Judge Lonny R. Suko [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 |   | Issued ARREST Warrant by Magistrate Judge Lonny R. Suko [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 | 2 | MOTION by USA for temporary detention and detention hearing [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 | 3 | MINUTES: Hearing Location: Y/MJLRS CR/ER: Y00-66(1978-2672) before Magistrate Judge Lonny R. Suko initial appearance of Jaime Acebedo-Perez on Complaint Attorney present [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 | 4 | CJA Form 23 (Financial Affidavit) [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 | 5 | ACKNOWLEDGEMENT of notice of rights [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/05/2000 | 6 | Defendant's Assertion of Fifth and Sixth Amendment Rights by Jaime Acebedo-Perez [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/06/2000 | 7 | ORDER APPOINTING FEDERAL DEFENDER by Magistrate Judge Lonny R. Suko (cc: USA, ATTY) [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/06/2000 | 8 | ORDER of Detention pending Trial by Magistrate Judge Lonny R. Suko granting motion for temporary detention and detention hearing [2-1] probable cse hrg set before Magistrate Judge Lonny R. Suko 8:30 10/11/00 for Jaime Acebedo-Perez Yakima, WA (cc: USA,USM,Prob,Atty) [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/06/2000 | 9 | SUBSTITUTION of Attorney: Christina A Gerrish replacing attorney Fed Public Defender for Jaime Acebedo-Perez [ 2:00-m -4264 ] |

| | | |
|---|---|---|
| | | (FmrEmp) (Entered: 10/11/2000) |
| 10/10/2000 | 12 | ARREST Warrant returned executed as to defendant Jaime Acebedo-Perez; defendant arrested on 10/5/00 [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/12/2000) |
| 10/11/2000 | 10 | MINUTES: Hearing Location: Y/MJLRS CR/ER: Y00-67(3108-end) & 68(1-115) before Magistrate Judge Lonny R. Suko probable cause hearing held [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/11/2000 | 11 | ORDER OF PRPBABLE CAUSE by Magistrate Judge Lonny R. Suko (cc: all counsel) [ 2:00-m -4264 ] (FmrEmp) (Entered: 10/11/2000) |
| 10/17/2000 | 13 | INDICTMENT by USA Jane M Kirk. Jaime Acebedo-Perez (1) count(s) 1 (Y/LRS) cont. detention (VR) (Entered: 10/19/2000) |
| 10/18/2000 | 14 | MINUTES: Hearing Location: Yakima CR/ER: Tape Y00-69 722-867 before Magistrate Judge Lonny R. Suko ARRAIGNMENT; dft Jaime Acebedo-Perez arraigned; not guilty plea entered Attorney present; (VR) (Entered: 10/19/2000) |
| 10/18/2000 | 15 | ACKNOWLEDGEMENT of notice of rights (VR) (Entered: 10/19/2000) |
| 10/18/2000 | 16 | ORDER on Plea by Magistrate Judge Lonny R. Suko Not guilty plea entered. (cc: USA,USM,Prob and Atty) (VR) (Entered: 10/19/2000) |
| 10/18/2000 | 17 | ORDER regarding discovery, pretrial motions, conflict of interest by Magistrate Judge Lonny R. Suko (cc: USA, ATTY) (VR) (Entered: 10/19/2000) |
| 10/24/2000 | | Law Clerk assigned to case is 2 (VR) (Entered: 10/24/2000) |
| 10/25/2000 | | Criminal Status Conference Notice ;pretrial conf set 10:30 11/21/00 for Jaime Acebedo-Perez Yakima, WA ; jury trial set 1:00 12/26/00 for Jaime Acebedo-Perez Yakima, WA (FmrEmp) (Entered: 10/25/2000) |
| 11/21/2000 | 18 | MINUTES: Hearing Location: Yakima CR/ER: Sue Haney before Judge Wm. Fremming Nielsen change of plea hearing held, pretrial conference vacated (VR) (Entered: 11/22/2000) |
| 11/21/2000 | 19 | ORDER by Judge Wm. Fremming Nielsen Accepting Guilty Plea Jaime Acebedo-Perez enters guilty plea to count 1 , ; jury trial vacated (cc: all counsel) (VR) (Entered: 11/22/2000) |
| 11/27/2000 | 20 | ORDER by Judge Wm. Fremming Nielsen dispensing with full-presentence report and Schedule for Guideline Sentencing ;sentencing set 10:30 1/16/01 for Jaime Acebedo-Perez Yakima, WA (cc:USA, atty, USM, PROB) (VR) (Entered: 11/27/2000) |
| 01/08/2001 | 21 | NOTICE of Concession to Deportability by defendant (SAP) (Entered: 01/08/2001) |
| 01/09/2001 | 22 | MOTION by defendant for downward departure (SAP) (Entered: 01/09/2001) |
| | | |

| 01/09/2001 | 23 | OBJECTIONS to presentence investigation report by defendant & ... (SAP) (Entered: 01/09/2001) |
|---|---|---|
| 01/09/2001 | 23 | ... & MOTIONS by defendant for downward departure (SAP) (Entered: 01/09/2001) |
| 01/11/2001 | 24 | RESPONSE by USA to motion for downward departure [23-1], [22-1] and dft's objections to Presentence Investigation Report (LE) (Entered: 01/16/2001) |
| 01/12/2001 | 25 | NOTICE of Concession to Deportability by defendant (SAP) (Entered: 01/16/2001) |
| 01/16/2001 | 26 | MINUTES: Hearing Location: Yakima CR/ER: Sue Haney before Judge Wm. Fremming Nielsen sentencing hearing held (VR) (Entered: 01/17/2001) |
| 01/17/2001 | 27 | ORDER by Judge Wm. Fremming Nielsen granting and denying motion for downward departure [23-1], [22-1] CrOB 75-47 (cc: all counsel,prob & usm) (VR) (Entered: 01/18/2001) |
| 01/17/2001 | 28 | JUDGMENT sentencing Jaime Acebedo-Perez (1) count(s) 1. Impr 63 months w/credit for time served; Supervised Release 3 yrs; Fine waived; S.A. $100.00; , dismissing counts as to Jaime Acebedo-Perez Jaime Acebedo-Perez (1) count(s) cmp. U.S.'s motion to dismiss complaint is granted; , case terminated CrOB 75-48 (cc : USA, USM, PROB, ATTY) (VR) (Entered: 01/18/2001) |
| 01/17/2001 | 29 | NOTICE OF APPEAL TO 9CCA. 9CCA: unknown by defendant Jaime Acebedo-Perez [28-4] appealing judgment sentencing filed 1/17/01 (c:9CCA,USA,USM,PROB,ATTY,CR) (VR) (Entered: 01/18/2001) |
| 01/18/2001 | 30 | COPY 9CCA FEE PAYMENT NOTIFICATION-original forwarded to 9CCA. FORWARDED original Case Information Sheet and copy of Docket Entries to 9CCA. (VR) (Entered: 01/18/2001) |
| 01/18/2001 | 31 | COPY 9CCA ORDER FOR TIME SCHEDULE - original to 9CCA. Designation due: 2/8/01 Transcript due: 3/12/01 Open Brief due: 4/23/01 Appellees Brief due: 5/23/01 (VR) (Entered: 01/18/2001) |
| 01/24/2001 | 32 | TRANSCRIPT DESIGNATION AND ORDER. 9CCA: unknown Date appl filed: 1/17/01 CR: Sue Haney Type of Proceeding: Change of Plea, Sentencing Date: 11/21/00, 1/16/01 by Jaime Acebedo-Perez cc:9CCA (VR) (Entered: 01/25/2001) |
| 01/26/2001 | 33 | APPEAL NUMBER FROM 9CCA. [29-1] 9CCA Number: 01-30038 Date appeal filed: 1/17/01 (VR) (Entered: 01/26/2001) |
| 02/23/2001 | 34 | REPORTER'S TRANSCRIPT FILED. CR : Sue Haney Judge Wm. Fremming Nielsen City : Yakima for date of 11/21/00 Type of Proceeding: CHANGE OF PLEA HEARING (VR) (Entered: 02/26/2001) |
| 02/23/2001 | 35 | REPORTER'S TRANSCRIPT FILED. CR : Sue Haney Judge Wm. |

| | | |
|---|---|---|
| | | Fremming Nielsen City : Yakima for date of 1/16/01 Type of Proceeding: SENTENCING HEARING (VR) (Entered: 02/26/2001) |
| 03/28/2001 | 36 | CERTIFICATE OF RECORD ISSUED. 9CCA: 01-30038 Original forwarded to the 9CCA and Copy filed/docketed in Disctrict Court. (VR) (Entered: 03/28/2001) |
| 04/30/2001 | 37 | RETURN on Judgment re [28-4] (4/20/01 FCIO SHE - Sheridan, OR) (VR) (Entered: 05/01/2001) |
| 07/23/2001 | 38 | COPY 9CCA ORDER. 9CCA: 01-30038 Review of the record and appellant's opening brief indicate the questions raised in this appeal are so insubstantial as not to require further argument; Accordingly, appellee's motion for summary affirmance is granted; The district court's judgment is AFFIRMED; (VR) (Entered: 07/24/2001) |
| 07/23/2001 | 39 | MANDATE from 9CCA. 9CCA: 01-30038 affirming the decision of the District Court [29-1] (c : ATTY, USA, USM, PROB) (VR) (Entered: 07/24/2001) |
| 03/05/2003 | | SPECIAL ASSESSMENT - $25.00 paid (BOP - Receipt No. 54092). (TL) (Entered: 04/16/2003) |
| 06/21/2007 | 40 | Supervised Release Jurisdiction Transferred to District of Columbia Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (VR, Case Administrator) (Entered: 06/21/2007) |
| 06/21/2007 | 41 | Letter from Virginia Reisenauer, Deputy Clerk to USDC District of Columbia, Criminal Section, dated June 21, 2007 as to Jaime Acebedo-Perez (VR, Case Administrator) (Entered: 06/21/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/21/2007 16:36:28 | | | |
| PACER Login: | us4516 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:00-cr-02157-WFN |
| Billable Pages: | 3 | Cost: | 0.24 |

# Transfer Documents
2:00-cr-02157-WFN USA v. Acebedo-Perez **CASE CLOSED on 01/17/2001**

## Eastern District of Washington

## U.S. District Court

### Notice of Electronic Filing

The following transaction was entered on 6/21/2007 at 1:50 PM PDT and filed on 6/21/2007
**Case Name:** USA v. Acebedo-Perez
**Case Number:** 2:00-cr-2157
**Filer:**
**Document Number:** 40

**Docket Text:**
Supervised Release Jurisdiction Transferred to District of Columbia Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (VR, Case Administrator)

**2:00-cr-2157-1 Notice has been electronically mailed to:**

Jane M Kirk    USAWAE.JKirkECF@usdoj.gov

**2:00-cr-2157-1 Notice has been delivered by other means to:**

Christina A Gerrish
Short Cressman & Burgess PLLC
999 Third Avenue
Suite 3000
Seattle, WA 98104

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069357611 [Date=6/21/2007] [FileNumber=754401-0]
[695831d1acffd57599e2c2eb3cf4fc8d33ddd7c7e1a04350f2acbd28c8164ea7da1b
bca45c15e737deb72708af5e570f7e324b61bb6dd7d1b80fdcb898755103]]

```
1  JAMES R. SHIVELY
   United States Attorney
2  Eastern District of Washington
   JANE KIRK
3  Assistant United States Attorney
   402 E. Yakima Avenue, Suite 210
4  Yakima, Washington  98901
   (509) 454-4425
5
```

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 17 2000

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

CR-00-2157-WFN

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | **INDICTMENT** |
| Plaintiff, | ) | |
| | ) | |
| | ) | Vio: 8 U.S.C. § 1326 |
| v. | ) | Alien in United States |
| | ) | After Deportation |
| JAIME ACEBEDO-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | |

The Grand Jury charges:

That on or about September 14, 2000, JAIME ACEBEDO-PEREZ, a citizen and National of Mexico, who had theretofore on or about October 8, 1999, been denied admission, excluded, deported and removed from the United States at El Paso, Texas, was found in Yakima County, in the Eastern District of Washington, and he did

INDICTMENT                                1
P01004DW.JKB

1 | not then have the express consent of the Attorney General to
2 | reapply for admission into the United States; all in violation of
3 | Title 8, United States Code, Section 1326.

5 | DATED October 17, 2000.

7 | A TRUE BILL

9 | *Patti Kaluda* (signature)
  | Foreperson

12 | JAMES R. SHIVELY
   | United States Attorney

14 | (signature)
15 | DONALD E. KRESSE, JR.
   | Assistant United States Attorney

16 | (signature)
17 | JANE KIRK
   | Assistant United States Attorney

ATTEST A True Copy
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By (signature)
Deputy Clerk

**INDICTMENT**           2
P01004DW.JKB

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 17 2001

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

# United States District Court
## Eastern District of Washington

UNITED STATES OF AMERICA
v.
Jaime Acebedo-Perez
aka Artemio Avila, Jose Talaver,
Jaime Martinez Acevedo

JUDGMENT IN A CRIMINAL CASE
(For Offenses Committed On or After November 1, 1987)

Case Number: 2:00-CR-02157-001

Amy Rubin
Defendant's Attorney

**THE DEFENDANT:**

[x] pleaded guilty to count(s): 1 of the indictment
[ ] pleaded nolo contendere to counts(s) _____ which was accepted by the court.
[ ] was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 8 U.S.C. § 1326 | Alien in United States After Deportation | 09/14/00 | 1 |

[ ] See continuation page

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) _____ and is discharged as to such count(s).

[ ] Count(s) _____ is dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

01/16/01
Date of Imposition of Judgment

Defendant's Soc. Sec. No.: xxx-xx-xxxx

Defendant's Date of Birth: 07/16/1974

Defendant's USM No.: 15323-085

Defendant's Residence Address:
Yakima, WA

Signature of Judicial Officer
The Honorable Wm. Fremming Nielsen
Judge, U.S. District Court
Name & Title of Judicial Officer

Defendant's Mailing Address:
Same as above

ATTEST A TRUE COPY
JAMES R. LARSEN, CLERK
United States District Court
Eastern District of Washington
By _____
Deputy Clerk

Jan 17 2001
Date

AO 245B (Rev. 8/96) Sheet 2 - Imprisonment

CASE NUMBER: 2:00-CR-02157-001  
DEFENDANT: Jaime Acebedo-Perez

Judgment - Page 2 of 6

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 63 month(s)

[x] The court makes the following recommendations to the Bureau of Prisons:  
Credit for time served and participation in the Inmate Financial Responsibility Program.

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at _____ on _____
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _____ on _____
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____  
UNITED STATES MARSHAL

By _____  
Deputy U.S. Marshal

AO 245B (Rev. 8/96) Sheet 3 - Supervised Release

CASE NUMBER: 2:00-CR-02157-001  Judgment - Page 3 of 6
DEFENDANT: Jaime Acebedo-Perez

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    3   year(s)

☐ See continuation page

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

☐ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

☒ The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check if applicable).

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page (if indicated above).

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement;
14) the defendant shall pay the special assessment imposed or adhere to a court-ordered installment schedule for the payment of the special assessment;
15) the defendant shall notify the probation officer of any material changes in the defendant's economic circumstances that might affect the defendant's ability to pay any unpaid amount of restitution, fines, or special assessments.

AO 245 S (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 2:00-CR-02157-001                                          Judgment - Page 4 of 6
DEFENDANT: Jaime Acebedo-Perez

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the Schedule of Payments set forth on Sheet 5, Part B.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00 | | |

☐ If applicable, restitution amount ordered pursuant to plea agreement

## FINE

The above fine includes costs of incarceration and/or supervision in the amount of

The defendant shall pay interest on any fine of more than $2500, unless the fine is paid in full before the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for default and delinquency pursuant to 18 U.S.C. §3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ The interest requirement is waived or      ☐ The interest requirement is modified as follows:

## RESTITUTION

☐ The determination of restitution is deferred until _____. An amended Judgment in a Criminal Case will be entered after such determination.

☐ The interest requirement is waived or      ☐ The interest requirement is modified as follows:

The defendant shall make restitution to the following payees in the amounts listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportional payment unless specified otherwise in the priority order of percentage payment column below.

| Name of Payee | **Total Amount of Loss | Amount of Restitution Ordered | Priority Order or % of Pymnt |
|---|---|---|---|
| | | | See ☐ Continuation Page |
| TOTALS: | $0.00 | $0.00 | |

** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245 S (Rev. 3/95) Sheet 5, Part B - Criminal Monetary Penalties

CASE NUMBER: 2:00-CR-02157-001      Judgment - Page 5 of 6
DEFENDANT: Jaime Acebedo-Perez

# SCHEDULE OF PAYMENTS

    Payments shall be applied in the following order: (1) assessment; (2) restitution; (3) fine principal; (4) cost of prosecution; (5) interest; (6) penalties.

    Payment of the total fine and other criminal monetary penalties shall be due as follows:

A [X] in full immediately; or

B [ ] _____ immediately, balance due (in accordance with C, D, or E); or

C [ ] not later than _____ ; or

D [ ] in installments to commence ___ days(s) after the date of this judgment. In the event the entire amount of criminal monetary penalties imposed is not paid prior to the commencement of supervision, the U.S. probation officer shall pursue collection of the amount due, and shall request the court to establish a payment schedule if appropriate; or

E [ ] in _____ (e.g. equal, weekly, monthly, quarterly) installments of _____ over a period of ___ days(s) to commence ___ days(s) after the date of this judgment.

    The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

Special Instructions regarding the payment of criminal monetary penalties:
Through the Inmate Financial Responsibility Program.

| Joint and Several Case Number (including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|

[ ] See continuation page

[ ] The defendant shall pay the cost of prosecution.

[ ] The defendant shall forfeit the defendant's interest in the following property to the United States:

    Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalty payments, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program, are to be made as directed by the court, the probation officer, or the United States Attorney