PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs. **Jamie Perez-Acevedo**   Docket No.: **CR 1:07-PT-00351-TFH-1**

### REQUEST FOR COURSE OF ACTION
### (Statement of Alleged Violation of Supervised Release)

COMES NOW **Stacy Funches**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jamie Perez-Acevedo**, who was placed on Supervised Release by the Honorable William Fremming Nielsen, United States District Judge, sitting in the Court for the Eastern District of Washington, on the **16th** day of **January, 2001**, who fixed the period of Supervised Release at **three** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows:

1) The defendant shall not own or possess a firearm as defined in 18 U.S.C. § 921.

2) The defendant shall pay a $100.00 special assessment.

On January 16, 2001, Mr. Perez-Acevedo appeared before the Honorable William Fremming Nielsen, United States District Court Judge for the Eastern District of Washington, for sentencing having pled guilty to Alien in United States After Deportation in violation of 8 U.S.C. § 1326. Mr. Perez-Acevedo was sentenced to 63 months of imprisonment, to be followed by three years of supervised release. Mr. Perez-Acevedo's supervision commenced on July 15, 2005, and is scheduled to expire on July 14, 2008. A transfer of jurisdiction was accepted by the District of Columbia on June 25, 2007.

ISSUE: Reference is made to the attached petition in which Mr. Perez-Acevedo is charged with the following alleged violation of supervised release:

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Statement of Alleged Violation of Supervised Release

1) **Mr. Jamie Perez-Acevedo engaged in new criminal conduct. (Standard Condition)**

Praying the Court will order a Hearing on Violation with the voluntary appearance of Mr. Jamie Perez-Acevedo. Should Your Honor concur, the attached order has been prepared.

PEREZ-ACEVEDO, Jamie
Docket Number: CR 1:07-PT-00351-TFH-1
Page 2

Respectfully submitted,

Stacy Funches
United States Probation Officer
(202) 565-1370

Approved By:

Ervin Bell, Supervising
United States Probation Officer

_____
Honorable Thomas Hogan
Chief Judge
United States District Court

10/3/07
Date