# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMBIA

U.S.A. vs **PEREZ-ACEVEDO, Jamie**                Docket No.: **CR 1:07-PT-00351-TFH-1**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing on violation of Supervised Release of Jamie Perez-Acevedo before the Court _____ / Magistrate Judge Robinson , on 10/12/07 at 10:00 am and that the United States Attorney for the District of Columbia prepare a Writ for Jamie Perez-Acevedo to ensure his Court appearance. *To be set*

## ORDER OF COURT

Considered and ordered this ___3___ day of ___October___, 2007.

_____
Thomas F. Hogan
Chief Judge
United States District Court

___10/3/07___
Date