AO 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

FILED

MAR 19 2008



CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

v.                                           Case Number   PT -07-351

**JAIME ACEBEDO-PEREZ**

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
#### (For Offenses Committed On or After November 1, 1987)

The defendant, JAIME ACEBEDO-PEREZ, was represented by DAVID W. BOS-FPD

It appearing that the defendant, who was sentenced on JANUARY 16, 2001 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 17TH day of DECEMBER, 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**TWENTY- ONE (21) MONTHS ON COUNT -1 TO RUN CONSECUTIVE TO ANY OTHER SENTENCE SERVING.**

**THE COURT RECOMMENDS PLACEMENT AT THE CUMBERLAND F.C.I. AS SOON AS POSSIBLE.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 17TH day of DECEMBER, 2007

*nunc pro tunc*

_____
CHIEF JUDGE THOMAS F HOGAN, U S DISTRICT COURT JUDGE

